## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6547 | **DATE** | 11/21/2007 |
| **CASE TITLE** | Best Enterprises, LLC vs. Applied Watch Techs., LLC, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to file by no later than 12/7/07 an amended complaint setting forth the citizenship of the members of plaintiff and defendant Applied Watch Techs., LLC, including the complete citizenship of any corporate or "LLC" members. *See Mutual Assignment & Indemnification Co. v. Lind-Waldock & Co., LLC,* 364 F.3d 858, 861 (7th Cir. 2004); *Cosgrove v. Bartolotta,* 150 F.3d 729, 731 (7th Cir. 1998), as well as the citizenship (not just "residency") of defendant Hines. If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|