IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual,<br><br>Defendants. | Case No. 07 C 6547<br><br>Judge Matthew F. Kennelly |

## MOTION FOR LEAVE TO FILE
## AMENDED COMPLAINT *INSTANTER*

Plaintiff, Best Enterprises, LLC ("Best Enterprises"), by its attorneys, Freeborn & Peters LLP, respectfully submits its Motion for Leave to File Amended Complaint *Instanter*, and states as follows:

1. On November 19, 2007, Best Enterprises filed its Complaint in this matter.

2. On November 21, 2007, this Court entered a minute order directing Best Enterprises to file by December 7, 2007, an amended complaint setting forth the citizenship of all members of Best Enterprises and defendant, Applied Watch Technologies, LLC.

3. Counsel for Best Enterprises was out of town on a personal matter on December 7, 2007, and consequently was unable to file the Amended Complaint on that date.

4. Best Enterprises respectfully requests leave to file its Amended Complaint *instanter*, which sets forth the citizenship of all members of plaintiff and defendant, and which establishes this Court's diversity jurisdiction. A copy of Best Enterprises' Amended Complaint is attached as Exhibit A.

5.  Granting this motion will not prejudice defendants, who have not yet accepted service of the Complaint in this matter.

WHEREFORE, Plaintiff, Best Enterprises, LLC, respectfully requests that this Court grant it leave to file its Amended Complaint *instanter*, and to grant such further relief as this Court deems just and necessary.

> Respectfully submitted,
>
> BEST ENTERPRISES, LLC
>
> By:   s/ Garry L. Wills
>        One of Its Attorneys

Anthony J. Carballo
Garry L. Wills
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel.: 312/360-6000
Fax: 312/360-6596

Dated: December 10, 2007

#1441785