IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 6547 |
| v. ) ) | Judge Matthew F. Kennelly |
| APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual, ) ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Tuesday, December 18, 2007 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Matthew F. Kennelly, or any other judge sitting in his stead, in Courtroom 2103, located at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Plaintiff's **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT *INSTANTER*.**

                Respectfully submitted,

                BEST ENTERPRISES, LLC

    By:   s/ Garry L. Wills
               One of Its Attorneys

Anthony J. Carballo
Garry L. Wills
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel.: 312/360-6000
Fax: 312/360-6596

Dated: December 10, 2007

#1441785