## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6547 | **DATE** | 12/18/2007 |
| **CASE TITLE** | Best Enterprises vs. Applied Watch Technologies | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to file amended complaint instanter is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|