# EXHIBIT B

----- Original Message -----
From: "Eric Hines" <eric.hines@appliedwatch.com>
To: "Tom Best" <tbest@best-ent.com>; <sbest@best-ent.com>; <plach@cnmidwest.com>; <plach@best-ent.com>
Sent: Tuesday, October 24, 2006 7:53 PM
Subject: Applied Watch and BEST Enterprises


> -----BEGIN PGP SIGNED MESSAGE-----
> Hash: SHA1
>
> Gentlemen,
>
> I wanted to thank you for your time today in meeting with me to pick our
> discussions back up in hopes of continuing where we last left our
> relationship.
>
> Its evident to me after our discussions today that this is a tremendous
> step forward for both companies in both revenue generation and expanding
> across the US with BEST's name and our technology. I am confident we can
> do this right the second time around and am looking forward to hitting
> the ground running.
>
> I have over a million in my sales pipeline currently that after
> dissolving my internal sales team have been massaging myself. With BEST
> becoming the Applied Watch sales force, I can focus more on marketing
> and public relations, which is where I'd like to be. I am confident that
> the relationship between us will evolve in to completely transparent
> separations and BEST will be seen by industries alike as our sales force
> rather than a wholly separate company.
>
> To recap our meeting today, I see BEST taking over all of our sales
> efforts, which is what you do best (no pun intended:) allowing us to
> focus on what we do best, which is our technology. We've surpassed and
> crushed our earnings expectations this year for a fourth straight year
> in a row and look forward to BEST being a significant contributor to
> that revenue as we close out the year and enter 2007.
>
> I am certain that Applied Watch will generate so much unrealized revenue
> for BEST that you will want to do nothing but focus on Applied Watch
> sales and abandon your other focus areas. I look forward to Applied
> Watch building BEST in to a multi billion dollar business and bringing
> us in to every commercial and federal/military organization looking to

> build a cost effective security infrastructure.
>
> Lets sell!
>
> --
>
> Best Regards,
>
> Eric Hines, GCIA, CISSP
> CEO, President
> Applied Watch Technologies, LLC
> 1095 Pingree Road
> Suite 221
> Crystal Lake, IL 60014
> Toll Free: (877) 262-7593
> Fax: (847) 854-5106
> Cell: (847) 456-6785
> Web: www.appliedwatch.com
>
> -----BEGIN PGP SIGNATURE-----
> Version: GnuPG v1.4.5 (Darwin)
> Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org
>
> iD8DBQFFPrWB1va6QYTV0EMRAnIBAKCIHG2FZS43HY96DFnPe4qYS0S+WACfePD4
> M/XM9f59nPxrkgpiLLbDcEs=
> =OAIX
> -----END PGP SIGNATURE-----