# EXHIBIT C

## FIRST AMENDMENT TO RESELLER AGREEMENT

THIS FIRST AMENDMENT TO RESELLER AGREEMENT is made and entered into this 1st day of November, 2006 (the "First Amendment"), by and between Applied Watch Technologies, LLC, an Illinois limited liability company ("Applied Watch"), and Best Enterprises, LLC, a Minnesota limited liability company (the "Best").

A.  Best and Applied Watch entered into a Reseller Agreement dated May 1, 2006 (the "Agreement").

B.  The parties wish to amend the terms of the Agreement pursuant to the terms and condition of this First Amendment.

**NOW THEREFORE, the parties agree as follows:**

1.  **Recitals.**  The recitals set forth above are hereby incorporated by reference and made a part of this First Amendment.

2.  **Term.**  The Term of the Agreement is hereby extended through December 31, 2007.

3.  **Exclusivity; Sales Process.** Pursuant to the Agreement, Best is appointed as an exclusive, independent Reseller of Applied Watch Products in the Territory. In furtherance of such status, the parties agree that those marketing, customer communication, price quote, ordering, shipping and other sales-related activities shall be undertaken in accordance with those policies and procedures set forth on **Exhibit A** to this First Amendment.

4.  **Pricing.**  Sections 5.2 of the Agreement is hereby deleted and the following is hereby inserted in its place: The parties agree that the pricing and margins for the Applied Watch Products and the installation work performed in accordance with Paragraph 4 of this First Amendment shall be as set forth on **Exhibit B** attached to this First Amendment. In the event that such pricing and margins as set forth on **Exhibit B** shall change, such changes shall be mutually agreed to by Best and Applied Watch.

5.  **Installations.** Best shall be responsible for the installation of all Applied Watch Products.

6.  **Full Force and Effect.**  In the event of any inconsistencies between this First Amendment and the Agreement, the terms and conditions of this First Amendment shall control. Except as amended by this First Amendment, the Agreement shall remain in full force and effect according to its terms. Any capitalized terms used in this First Amendment and not otherwise defined herein shall have the meanings assigned to such terms in the Agreement.

1

7. **Sub-resellers.** Best shall be responsible for retaining, on terms and conditions acceptable to Best, sub-resellers (the "Sub-resellers") to perform certain of Best's obligations under the Agreement, as amended by this First Amendment. All Sub-resellers appointed by Best shall be required to complete training and certification by Applied Watch; Cost of such training shall be paid by such sub-sellers and shall be determined in the reasonable discretion of Applied Watch.

8. **Waiver, Modification or Amendment.** No waiver, modification or amendment of any term, condition or provision of this First Amendment shall be valid or of any effect unless made in writing, signed by the party to be bound or its duly authorized representative and specifying with particularity the nature and extent of such waiver, modification or amendment. Any waiver by any party of any default of the other shall not effect, or impair any right arising from, any subsequent default. Nothing herein shall limit the rights and remedies of the parties hereto under and pursuant to this First Amendment, except as hereinbefore set forth.

9. **Entire Agreement.** This First Amendment, together with the Agreement, contains the entire understanding of the parties hereto in respect of transactions contemplated herby and supersedes all prior agreements and understandings between the parties with respect to such subject matter.

10. **Governing Law.** This First Amendment shall be construed and enforced with the laws of the State of Illinois.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first above written.

Applied Watch Technologies, LLC

By: _____
Eric Hines, President


Best Enterprises, LLC:

_____
Thomas A. Best, President

2

# EXHIBIT A

## SALES/MARKETING/ORDER PROCESSING ACTIVITIES

Best shall be responsible for all sales and marketing related activities for Applied Watch Products in the Territory, including, but not limited to:

- Pursuing all sales leads. Applied Watch agrees that it shall cause all sales leads to be forwarded to Best in order that Best may pursue such leads.

- Any pricing inquiries will be forwarded to Best for follow up.

- All quotes (whether from Best or from Applied Watch in the event of a quote to a preexisting customer) will be presented to customers on Best letterhead or through other appropriate Best channels (e.g. e-mail).

- All customer orders will be placed with Best. Best will then deliver a purchase order to Applied Watch in accordance with the Agreement, as amended.

- In the event an order is placed directly with Applied Watch, such order shall be forwarded to Best for processing in accordance with the Agreement, as amended.

### Existing Relationships

With respect to those customer relationships existing between Applied Watch and a customer as of the date of this First Amendment ("Existing Relationships"), Applied Watch may provide such Existing Relationships with price quotes and order processing as appropriate provided, however, that Applied Watch shall notify Best in writing of such Existing Relationships. A full and complete list of Existing Relationships is attached to this **Exhibit A**. Best shall not be entitled to any gross profit margins with respect to Existing Relationships.

# EXHIBIT B
# PRICING AND MARGINS

## Gross Profit Margins to Best

Equipment- 40%
Software- 45%
Taps- 20%
Installation- 100%
Annual Subscriptions- 25%

For purposes of this Exhibit B, "gross profit margin" means the value received by Best from customers purchasing Applied Watch Products which exceeds the cost of Applied Watch Products paid by Best to Applied Watch.

## Freight Charges

Non-governmental orders- freight to be paid by customers.

Government orders- freight charges must be included in pricing.

## Pricing

Gross profit margins listed above are based on suggested manufacturer's retail prices as set forth on the pricing schedule attached to this Exhibit B.

4:50 PM
11/08/06

## Applied Watch Technologies, LLC
## Customer Contact List
November 8, 2006

| Customer | Bill to |
|---|---|
| 20th Century Fox | Fox Entertainment Group Kevin Graziadei 10201 W. Pico Blvd, 2nd Floor Suite 224 Los Angeles, CA 90064 |
| 4 Networks / Transtecnet, Inc. | 4 Networks / Transtecnet, Inc. Ilan Jacobs 1169 South Tenth St, San Jose, CA 95112 |
| 4networks | 4networks Ilan Jacobs 1169 S. 10th St, San Jose, CA 95112 |
| ACE Computers | ACE Computers Marianne Samborski 1425 East Algonquin Road Arlington Heights, IL 60005 |
| Advanced Computer Training (ACT) | Advanced Computer Training (ACT) Alex Smolink 4200 Commercial Way Glenview, Illinois 60025 USA |
| Air Force/Field Activity Office | SAF/FAO Attn: Accounts Payable PO Box 230700 Centreville, VA 20120-0700 |
| Allied Network Solutions | Allied Network Solutions Katrina Roxas 1358 Blue Oaks Blvd Suite 200 Roseville, CA 95670 |
| AOL, LLC | AOL, LLC Attn: Accounts Payable PO Box 2330 Ashburn, VA 2046-2330 |
| Aramco Services company | Aramco Services company Omar Saand 9009 West loop South Houston, TX 77096 |
| AUTOMATIONDIRECT.COM | AUTOMATIONDIRECT.COM Tim Lawrence 3505 Hutchinson Rd Cumming, GA 30040-5860 |
| Bank of the West | Bank of the West Attn: Information Technology -CC461 PO Box 5396 Concord, CA 94524-0366 |
| Bankers Bank Card | Bankers Bank Card Greg Clayton P.O. Box 560326 Dallas, TX 75356 |
| Battelle | Battelle - PNNL John Calhoun 902 Battelle Boulevard P.O. Box 999 Richland, Washington 99352 |
| Best Enterprises, LLC | Best Enterprises, LLC Attn: Account Payable 8989 North 55th St, Suite D Oakdale, MN 55128-1702 |
| Blue Tech, Inc. | Blue Tech, Inc. Attn: Accounts Payable P.O. Box 715 La Jolla, CA 92038 |
| Boeing/Data West | Data West Mary Jane Hooft 23932 Madero Suite H Mission Viejo, CA 92691 USA |
| Bowhead Support Services | Bowhead Support Services Attn: Accounts Payable 15163 Dahlgren Road Suite 103 King George, VA 22485-5039 |
| Brigham Young University | Brigham Young University Scott Liggett Provo, UT 84602 |
| Burwood Group Inc. | Burwood Group Inc. Ira Nievna 20 N. Clark Chicago, IL 60602 |
| Capital IQ, Inc. | Capital IQ Ken Pfail 22 Cortlandt St., 6th Fl, New York, NY 10007 |
| Central Washington University | Central Washington University Accounts Payable 400 E University Way Ellensburg, WA 98926-7480 |
| CEW, Inc. | Counter Trade Products Accounts Payable 7585 West 66th Ave. Arvada, CO 80003 |
| Chicago Board of Trade | Chicago Board of Trade Accounts Payable Attn: Bleu Lugo 141 W. Jackson Blvd, Ste 960 Chicago, IL 60604 |
| China Lake Navy Base | China Lake Navy Base Megan White Building 2 Room 100 China Lake, CA 93555 |
| Citrix Online | Citrix Online Michael Zieboll 6380 Hollister Avenue Santa Barbara, CA 93111 |
| Code Green Networks | Code Green Networks Mark Monke 940 W. California Ave, Suite 220 Sunnyvale, CA 94086 |
| Combyta USA, Inc | Combyta USA, Inc Dan Ebert 5419 Easton Dr Suite 101 Springfield, VA 22151 |
| ComEd | ComEd Patrick O'Rourke 27 W. Monroe Chicago, IL 60606 |
| Computerland | Computerland Robert Stonecipher 2903 Lydia Dr. Wichita Falls, TX 76300 |
| Cook County Treasurers Office | Cook County Treasurers Office Accounts Payable 118 N. Clark St. Room 112 Chicago, IL 60602 USA |
| Corporate PC Source | Corporate PC Source Julie Sroka 899 Supreme Drive Bensenville, IL 60106 |
| Counter Trade Products | Counter Trade Products Accounts Payable 7585 West 66th Ave. Arvada, CO 80003 |
| Cricket Communications DBA ANB | Cricket Communications DBA: ANB 3900 C Street, Suite 801 Anchorage, AK 99503 |
| Dan Derusha | Schawk Dan Derusha 1695 River Road Des Plaines, Illinois 60018 |
| Data Industries, LTD | Data Industries, LTD Attn: Accounts Payable 100 Wall St. New York, NY 10005 |
| Department Of Defense | Department Of Defense Tom Seibert Office Of The Comptroller |
| Department of Veteran Affairs | Department of Veteran Affairs David Butler 3801 Miranda Ave. Palo Alto, CA 94304 |
| Dyncorp International | Dyncorp International Attn: Accounts Payable P.O. Box 901217 Ft. Worth, TX 76161-1217 |
| Ellacoya Networks | Ellacoya Networks Sharryl Tuxbury 7 Henry Clay Dr Merrimack, NH 03054 |
| Envonta Telecom | Envonta Telecom Attn: Accounts Payable 2950 Xenium Lane N.Ste 138 Plymouth, MN 55441 |
| Export Server Group | Export Server Group Gregg Czarnecki 318 B. River Rd. Bedford, NH 03110 |
| Express Computer Systems | Express Computer Systems Arnold Huff 1733 Kaiser Ave. Irvine, ca 92614 |
| FAA, Commercial Space Transportation | FAA, Commercial Space Transportation Christopher Harris 800 Independence Ave Room 331 Washington, DC 20591 USA |
| FBI Academy | iGov Accounts Payable 8200 Greensboro Drive, Ste 1200 McLean, VA 22102 |
| FCN | FCN Clay Goldberg 12315 Wilkins Ave Rockville, MD 20852 |
| Federal Aviation Administration, AHR | Federal Aviation Administration, AHR Mark Jackson FAA National Headquarters 800 Independence Ave., SW Washington, DC 20591 USA |
| Fivepoints Compliance, Inc. | Fivepoints Compliance, Inc. Josh Stone 138 Centre Street New York, NY 10013 |
| Fowler and Associates | Fowler and Associates Sue Fowler 6604 Greenfield Circle N.W. North Canton, OH 44720 |
| Fox Entertainment Group | Fox Entertainment Group Attn: Accounts Payable P.O. Box 500 Beverly Hills, CA 90035 |
| Framatome | Framatome Accounts Payable 1348 Ridgeland Pkwy Suite 130 Alpharetta, GA 30004 |
| FTDATA Inc. | FTDATA Inc. Jim Gonzales 312 Marshall Avenue Suite 1000 Laurel, MD 20707 |
| Gynecological Oncology Group Datacenter | Gynecological Oncology Group Scott Gould Roswell Park Cancer Institute Elm & Carlton Streets Buffalo, NY 14263-0001 |
| Harvard University | Harvard University Bill Terwilliger 60 Oxford St Cambridge, MA 02138 |
| Hauman Inc | Hauman Inc Lijen Lan 2138 Ringwood Ave San Jose, CA 95131 |
| Iberol, Inc. | Iberol, Inc. Attn: Accounts Payable 80-B East Jofryn Boulevard Deer Park, NY 11729 |
| IGov.com | IGov.com 8200 Greensboro Dr. Suite 1200 McLean, VA 22102 |
| Inacom Information Systems | Inacom Information Systems Shawn Wingate 724 E Main St, Salisbury, Maryland 21801 USA |
| InfoSec Institute | InfoSec Institute Attn: Helen Karlos 505 N. Lake Shore Dr. Suite #221 Chicago, IL 60611 |
| Intelligent Enterprise Solutions | Intelligent Enterprise Solutions Attn: Accounts Payable 6901 Rockledge Drive, Suite 600 Bethesda, MD 20817 |
| Intermountain Health Care - PNS | Intermountain Health Care - PNS Attn: Accounts Payable 36 South State Street Suite 2300 Salt Lake City, Utah 84111 USA |
| IPsoft, Inc | Solarcom LLC 17 State St, 17h Floor New York, NY 10004 |
| Istituto Europeo di Oncologia | Istituto Europeo di Oncologia Via Fiodrammatici, 10 20121 Milano Italy |
| JNT Enterprises | JNT Enterprises Julius Turk 262 Wimbolton Mount Prospect, IL 60056 |
| Kelly Communications Systems | Kelly Communications Systems Attn: Accounts Payable 1135 Spruce Drive Mountainside, NJ 07902 |
| Kennedy Space Center | Kennedy Space Center Charles Tucker Building M6-342 Room 344M Kennedy Space Center, FL 32899 |
| Lackland Air Force Base | Lackland Air Force Base Clifton Walls Lackland AFB, TX |
| Lawrence Livermore National Laboratory | Lawrence Livermore National Laboratory Connie Solo 7000 East Ave., P.O. Box 808, L-1 Livermore, CA 94550 |
| Loop Wireless | Cricket Communications - AP Dept PO Box 501430 San Diego ,CA 92150-1430 United States |
| Lee Clemens Computing Services | Lee Clemens Computing Services Lee Clemens 5178 Shawnee Blvd Schnecksville, PA 18078-2609 USA |
| Lockheed Martin Services, Inc. | Lockheed Martin Services, Inc. Attn: Accounts Payable MSIN G3-34 1981 Snyder St Richland, WA 99354 |
| Miami-Dade Expressway Authority | Miami-Dade Expressway Authority Kalung Man 3790 NW 21st St. Miami, FL 33142 USA |
| Microcomp | Microcomp Greg Shirinina 2 Maryland Ave Gaithersburg, MD 20877 USA |
| Micron Technology, Inc. | Micron Technology, Inc. Rachelle Wilkins M/S 1-902 Post Office Box 6 Boise, ID 83707-0006 |
| MTM Technologies | MTM Technologies Dan Nardo 802 Silver Lake Boulevard Suite 103 Dover, DE 19904 |
| National Archives and Records Admin | National Archives and Records Admin Bernarr Coletta 6001 Adelphia Road Suite 4400 College Park, MD 20740 USA |
| Naval Space Warfare Command (SPAWAR) | SPAWAR Sarah Bandurski 130 West Avenue Suite D Pensacola, FL 32800 |
| Naval Surface Warfare Center | Naval Surface Warfare Center Vendor Pay (Code XDM10) 17350 Dahlgren Road Dahlgren, VA 22448-5100 |
| NCC Networks, Inc. | NCC Networks, Inc. Kamala Mallen 705 Tollgate Road Suite A Elgin, IL 60123 |
| NCIS | NCIS Deborah Sharpe 1014 N. ST, SE Suite 200 Washington, DC 20374 |

4:50 PM
7/08/08

## Applied Watch Technologies, LLC
## Customer Contact List
### November 8, 2006

| Customer | Bill to |
|---|---|
| Network Advocates, Inc. | Network Advocates, Inc. Tom Troutman 9001 Shelbyville Road 260 Burhans Louisville, KY 40222 |
| Network Data Systems | Network Data Systems Diane Moutvic 1821 Rohlwing Road Suite D Rolling Meadows, IL 60008 |
| News International Plc | News International Limited IT Accounts PO Box 151 Cygnet Road Hampton, Peterborough PE7 0FD |
| Nice Systems | Nice Systems Navit Burton 301 Route 17 N, 10th Floor Rutherford, NJ 07070 |
| Nicks Pizza | Nicks Pizza |
| Nielsen Media Research | Nielsen Media Research Mike Morrill 501 Brooker Creek Blvd Oldsmar, FL 34677 |
| NST, Inc | NST, Inc Brian Bogel 2050-60 Finley Road Lombard, IL 60148 |
| NST, Inc. | NST, Inc. Dave Rowan 2050-60 Finley Road Lombard, IL 60148 |
| O3Net, Inc. | O3Net, Inc. Mike Perrone 69-30 Manse Street Forest Hills, NY 11375 |
| Pacific Datacom Systems, Inc. | Pacific Datacom Systems, Inc. Gary Groening 1080 Calle Negocio Suite C San Clemente, CA 92673 USA |
| Pannaway Technologies, Inc. | Pannaway Technologies, Inc. Ellen Carney 215 Commerce Drive Portsmouth, NH 03801 |
| Paychex | Paychex |
| Phoenix Internet | Phoenix Internet Gilbert Gutierrez, Jr. 2922 W Claredon Ave Phoenix, AZ 85017 |
| Pratt & Whitney / UTC | The Beird Group P.O. Box 2246 Dunedin, FL 34697 |
| Pulte Homes | Pulte Homes Jeff Willoughby 1230 W. Washington Suite 600 Tampa, AZ 85281 USA |
| Radix Gear LLC | Radix Gear LLC Steven Renker 736 Arlington ave. north Suite 204 St. Petersburg, FL 33701 |
| Railroad Retirement Board | Railroad Retirement Board Attn: Accounts Payable 844 North Rush Street Chicago, IL 60611 USA |
| Ranch Networks | Ranch Networks Brian Allain Beacon Hill Plaza, Suite 200 85 Highway 34 Morganville, NJ 07751 |
| Schawk, Inc. | Schawk, Inc. Tim Hannekamp 1695 River Road Des Plaines, Illinois 60018 |
| SI International | SI International David Lopez 4040 East Bijou Street Colorado Springs, CO 80909 USA |
| Solarcom | Solarcom PO Box 728020 Norcross, GA 30092 |
| SPAWAR | SPAWAR Sam Lacour 130 West Avenue Suite D Pensacola, FL 32508 |
| SPAWAR Pensacola | SPAWAR Pensacola Sarah Bandurski 130 West Avenue Suite D Pensacola, FL 32508 |
| SRA International | SRA International Attn: Accounts Payable 4300 Fair Lakes Court Fairfax, VA 22033 |
| Stonebridge Bank | Stonebridge Bank Accounts Payable 624 Willowbrook Lane West Chester, PA 19382-5554 USA |
| Sutherland Global Services | Sutherland Global Services Attn: Accounts Payable 1180 Jefferson Road Rochester, NY 14623 |
| Sword & Shield Enterprise Security, Inc. | Sword & Shield Enterprise Security, Inc. Tom Payne 10301-A Technology Drive Knoxville, TN 37932 |
| systemsandsolutions.net | systemsandsolutions.net Stephanie Hinson 1305 Shore Drive Cumming, GA 30041 |
| Systran Federal Corp. | Systran Federal Corp. Marilyn campbell 4027 Colonel Glenn Hwy Suite 210 Dayton, OH 45431 |
| Technology Specialists, Inc. | Technology Specialists, Inc. Tammi Williams 303 Second St. Suite 2 Annapolis, MD 21403 USA |
| Telesource Services LLC | Telesource Services LLC Attn: Accounts Payable 1450 Highwood East Pontiac, MI 48340 |
| The Sutherland Group, Ltd. | Sutherland Global Services, Inc. Attn: Accounts Payable 1180 Pittsford-Victor Road Pittsford, NY 14534 |
| thinkorswim, Inc. | thinkorswim, Inc. Linwood Ma 3304 North Lincoln Avenue Chicago, IL 60657 USA |
| Tim Hanekamp | Schawk, Inc. Tim Hannekamp 1695 River Road Des Plaines, Illinois 60018 |
| TonerVision, Inc. | TonerVision, Inc. Sophia Zugannelis 1341 W. Fullerton, Ste. 112 Chicago, IL 60614 |
| Triborough Bridges and Tunnels | Triborough Bridge and Tunnel Authority 2 Broadway - 23rd Floor AP New York, NY 10004 |
| U of Texas Medical Branch | U of Texas Medical Branch Accounts Payable 301 University Blvd Galveston, TX 77555-0907 |
| University of Iowa | University of Iowa Accounts Payable and Travel 202 PCO Iowa City, IA 52242-2500 USA |
| University of Rochester Medical | University of Rochester Medical Accounts Payable 1325 Mt. Hope Ave Rochester, NY 14620 |
| US Army | US Army 1st Information Operations Comman Attn: Lawrence Starratt 8825 Beulah St. Fort Belvoir, VA 22060 |
| US Bureau of Reclamation | US Bureau of Reclamation Central Valley of Operations Office Attn: Jayce Dodson 3310 El Camino Ave, Ste 300 Sacramento, CA 95821 |
| US Department of Energy | US Department of Energy Michael Weaver SC-31/GTN E-244 19901 Germantown RD Germantown, MD 20874 |
| US Dept. of Agriculture | US Dept. of Agriculture Accounts Payable 1800 M Street, NW Washington, DC 20036 |
| Vermont National Guard | Vermont National Guard USPFO-VT, VT-PFO-CC, Bldg 3 789 Vermont National Guard Road Colchester, VT 05446 |
| Vicor Industries Inc. | Vicor Industries Inc. Attn: Accounts Payable 225 County Rd Tenafly, NJ 07670 |
| Yuma County ITS | Yuma County ITS Austin Galloy 2717 S. Avenue B Yuma, AZ 85364 |
| Zones | Zones Mike Thompson 1102 15th Street S.W. Suite 102 Auburn, WA 98001 |