# EXHIBIT D

----- Original Message -----
From: "Eric Hines" <eric.hines@appliedwatch.com>
To: "Tom Best" <tbest@best-ent.com>
Sent: Tuesday, March 27, 2007 4:44 PM
Subject: Applied Watch

> -----BEGIN PGP SIGNED MESSAGE-----
> Hash: SHA1
>
> Hi Tom,
>
> Thank you for speaking with me today. I want to try and clarify my
> points in hopes that you will understand, I'm not trying to cut bait,
> rather, have some control over reaching our sales goals.
>
> Having said that, I want to outline my reasons for narrowing your
> exclusivity to the Midwest region:
>
> 1) We picked up the relationship with Best back in Q3 of 2006. Its been
> over 6 months and all of the sales opportunities that we're pursuing
> right now have all been opportunities Applied Watch has harvested.
>
> Best to date has not provided a business plan on how it will help us
> achieve the $5M in sales we have to reach, which means that you have to
> add an additional 40% to that to calculate how much Best has to sell.
> With Phil no longer at Best, how are you planning on reaching this
> number now as the only other person there that I can think of is Jamie B
> who is already too swamped as it is so cant realistically see him out
> there harvesting sales leads.
>
> 2) I am taking on all the risk by paying the base salary of Phil and
> Buck. Buck, a phenomenal sales person will be working sales for you in
> the Midwest region. You will not be paying his salary, only sharing his
> commission with me.
>
> 3) With the new arrangement, Best will have exclusivity across the 10
> state region identified in your agreement with WG Technologies of the
> Midwest. Best will also have exclusivity in sales to the Federal and
> Military.
>
> 4) Outside of the Midwest and Government sector, we will pay for 100% of
> the tradeshow costs. Any tradeshows in the midwest and government we

> will split the costs on.
>
> 5) I will reimburse you for any of Phil's expenses incurred from
> previous shows outside of the territory above.
>
> I trust this is amicable. Please understand my position and why I've had
> to make this decision.
>
>
>
>
> ---
>
> Best Regards,
>
> Eric Hines, GCIA, CISSP
> CEO, President
> Applied Watch Technologies, LLC
> 1095 Pingree Road
> Suite 221
> Crystal Lake, IL 60014
> Toll Free: (877) 262-7593
> Fax: (847) 854-5106
> Cell: (847) 456-6785
> Web: www.appliedwatch.com
>
> -----BEGIN PGP SIGNATURE-----
> Version: GnuPG v1.4.5 (Darwin)
> Comment: Using GnuPG with Mozilla - http://enigmail.mozdev.org
>
> iD8DBQFGCZAu1va6QYTV0EMRAgxQAJ49A8k+0pJ7Mv//G2YBqhfdeeITLQCcCF5k
> 4msgk1O1El5cDzhq5pslO/Q=
> =1fH4
> -----END PGP SIGNATURE-----