# EXHIBIT E

Case 1:07-cv-06547　　Document 12-6　　Filed 12/26/2007　　Page 1 of 3

----- Original Message -----
**From:** Buck Bundhund
**To:** '_Tom Best'
**Cc:** 'Eric Hines'
**Sent:** Friday, May 11, 2007 4:25 PM
**Subject:** Agreement Resolution

Tom,

I have reviewed the Reseller Agreement and the First Amendment and have provided my initial comments below. The future goal is to set up healthy mutually beneficial business relationship between Best Enterprises and Applied Watch Technologies. This will happen by establishing a mutually beneficial agreement between the two companies. While that seems obvious, it is my assessment the current agreement has not and will not provide the foundation to achieve the results of its intent. Before we can establish a new agreement we need to conclude matters on the current agreement.

It appears to me the goal of this agreement was for Applied Watch to outsource sales and marketing to Best Enterprises. It is apparent to me this agreement was doomed to fail from its inception for a number of reasons. I believe we need to arrive at a reasonable and mutually equitable solution for the current agreement and then put in place a new agreement that creates a healthy partnership. I believe any financial resolution ought to be based on effort and involvement of the particular opportunity.

- **Interactions Corps** –Phil was correct, I brought this to Applied Watch. Phil did make the quote, but did not present the product or value proposition to the customer. I believe a 10% commission to Best is fair.
- **Novarra Corporation**-Phil did interact and drive this opportunity, but was not actually speaking to the decision maker. I know this from speaking to the Peter. He submitted budget request to his boss and I am working with them to get this approved and funded. I recommend 30% to on this deal.
- **FAA**-I am aware this deal has been pushed to Summer 2007/or when SNORT can handle IPv6. This will still take some significant sales effort. FAA was also an original Applied Watch customer. I recommend 10% to Best deal.
- **Smartronix** – They are going to start evaluating the Applied Watch solution. This deal is not even close to done. The sale will also be smaller up front as they are moving to a new building. I recommend 40% to Best on this because they were found at the FOSE show.
- **Dillards**- Again this is a Applied Watch generated deal but Phil did spend some time. I recommend 10% to Best.
- **Pleasant Holidays**- We are continuing to work on this deal. We just had another webinar with their team. I believe we will be recommended for procurement, but there is still work to be done. I recommend 20% to Best.
- **Trade Shows**- FOSE, FAA, AFCEA, others? I do believe we should honor the

agreement discounts on all opportunities coming from these shows because of the mutual contributions to the shows. We will supply all leads gathered from the Trade Shows so that we can all track them.

I will call you to discuss further.

Thanks,
Buck


Buck Bundhund
Vice President of Sales
Applied Watch Technologies, LLC
1095 Pingree Road
Suite 221
Crystal Lake, IL 60014
Toll Free: (877) 262-7593
Fax: (847) 854-5106
Cell: (847) 630-3579
Email: buck.bundhund@appliedwatch.com
Web: www.appliedwatch.com

**The Undisputed Leader in Enterprise Open Source Security Management**