IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>APPLIED WATCH TECHNOLOGIES, LLC, an Illinois limited liability company, and ERIC HINES, an individual,  )<br><br>Defendants.  ) | No: 07 C 6547 |

## NOTICE OF FILING

TO:  Anthony J. Carballo
     Freeborn & Peters LLP
     311 South Wacker Dr., Suite 3000
     Chicago, Illinois  60606-6677

**PLEASE TAKE NOTICE** that on January 16, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Illinois, a copy of the Appearance of Defendants, Applied Watch Technologies, LLC, and Eric Hines, a copy of which is attached and served upon you.

By: _____
One of the Attorneys for Defendants

Kevin J. Joyce
**Riffner Barber LLC**
1834 Walden Office Square, Suite 500
Schaumburg, IL  60173
(847) 654-0706

## PROOF OF SERVICE

I, Maurita S. Fischer, on oath states that I will serve this notice by mail to the above address before the hour of 5:00 p.m. on January 16, 2008 with proper postage prepaid. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, I certify that the information set forth in the Proof of Service is true and correct.

_____
Maurita S. Fischer