# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Best Enterprises, LLC

                        Plaintiff,

v.                                    Case No.: 1:07–cv–06547
                                    Honorable Matthew F. Kennelly

Applied Watch Technologies, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Status hearing pursuant to Rule 16(b) held on 1/17/2008 with attorneys for both sides. Settlement does not appear to be possible at this time. Written discovery ordered closed 4/30/2008. Status hearing continued to 4/24/2008 at 09:00 AM. with attorneys by telephone, for the purpose of reporting on status. All discovery ordered closed 7/31/2008. The parties do not anticipate using experts. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.