IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 07 C 6547 ) ) Judge Matthew F. Kennelly |
| APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual, | ) ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFF BEST ENTERPRISES, LLC'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Best Enterprises, LLC ("Best Enterprises"), by its attorneys, Freeborn & Peters LLP, and pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, hereby moves for judgment by default on its claims against Defendants, Applied Watch Technologies, LLC ("Applied Watch") and Eric Hines ("Hines"). In support of its motion, Best Enterprises states as follows:

1.   On November 19, 2007, Best Enterprises filed its Complaint against Defendants Applied Watch and Hines.

2.   On December 19, 2007, Best Enterprises filed its Amended Complaint against Defendants Applied Watch and Hines. The Amended Complaint asserts claims against Defendant Applied Watch for breach of contract, tortious interference with business relationship, tortious interference with prospective business relationships, and unjust enrichment, and asserts claims against Defendant Hines for tortious interference with business relationship and tortious interference with prospective business relationships.

3. On January 17, 2008, counsel for Applied Watch and Hines executed a Waiver of Service of Summons which required Defendants to answer or otherwise plead to the Amended Complaint by February 25, 2008. (A copy of the Waiver of Service of Summons is attached hereto as Exhibit A).

4. Pursuant to Federal Rule of Civil Procedure 4(d) and 12, Defendants Applied Watch and Hines were required to answer Best Enterprises' Amended Complaint by February 25, 2008.

5. Defendants Applied Watch and Hines have failed to timely answer Best Enterprises' Amended Complaint.

6. Best Enterprises requests that a default judgment be entered by the Court against Defendants Applied Watch and Hines pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure.

7. By virtue of the entry of default, all of the factual allegations contained in Best Enterprises' Amended Complaint are treated as true and cannot be contested. *See* Fed. R. Civ. P. 8(d) ("Averments in a pleading to which a responsive pleading is required…are admitted when not denied in a responsive pleading."). Generally, a default judgment establishes as a matter of law that the defaulting party is liable to the moving party as to each claim for relief alleged in the pleading. *See United States v. DiMucci*, 879 F.2d 1488, 1497 (7th Cir. 1989).

8. Best Enterprises therefore requests that a default judgment be entered in its favor and against Defendants Applied Watch and Hines for damages and recovery as set forth in the Amended Complaint, in an amount to be determined by the Court.

9. Best Enterprises further requests a briefing schedule and, if appropriate, a hearing in this matter for the determination of damages.

WHEREFORE, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff Best Enterprises, LLC requests that this Court enter a default judgment in its favor and against Defendants, Applied Watch Technologies, LLC and Eric Hines, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

BEST ENTERPRISES, LLC

By:   s/ Anthony J. Carballo
     One of Its Attorneys

Anthony J. Carballo
Garry L. Wills
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Tel.: 312/360-6000
Fax: 312/360-6596

*Attorneys for Plaintiff,*
  *Best Enterprises, LLC*

Dated: March 12, 2008

#1505065