IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   Case No. 07 C 6547<br>)<br>)   Judge Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:  Kevin J. Joyce, Esq.
     Riffner Barber Rowden LLC
     1834 Walden Office Square
     Schaumburg, IL 60173

　　　PLEASE TAKE NOTICE that on **Tuesday, March 18, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Judge Matthew F. Kennelly, or any other judge sitting in his stead, in courtroom 2103, located at the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **PLAINTIFF BEST ENTERPRISES, LLC'S MOTION FOR DEFAULT JUDGMENT,** a copy of which is attached and served upon you.

        Respectfully submitted,

        BEST ENTERPRISES, LLC

        By:  s/Anthony J. Carballo
           One of Their Attorneys

Anthony J. Carballo
Garry L. Wills
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Tel.: 312/360-6000
Fax: 312/360-6596

*Attorneys for Plaintiff,*
 *Best Enterprises, LLC*

Dated: March 12, 2008

## CERTIFICATE OF SERVICE

  The undersigned, being one of the attorneys of record in the above cause, certifies that he this day caused a true and correct copies of the attached Notice of Motion and Motion for Default Judgment, be served upon the attorney(s) listed below, via electronic service.

Kevin J. Joyce, Esq.
Riffner Barber Rowden LLC
1834 Walden Office Square
Schaumburg, IL 60173


                s/ Anthony J. Carballo


Dated: March 12, 2008

1505128v1