**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Best Enterprises, LLC
                                        Plaintiff,

v.                                      Case No.: 1:07−cv−06547
                                        Honorable Matthew F. Kennelly

Applied Watch Technologies, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 24, 2008:

   MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing held on 4/24/2008 with attorneys for both sides by telephone. The parties are discussing settlement terms. Status hearing continued to 5/7/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.