IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 07 C 6547<br>)<br>)  Judge Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR DISMISSAL**

THIS CAUSE having been settled by agreement of the parties, it is hereby stipulated that this action brought by Plaintiff Best Enterprises, LLC against Defendants Applied Watch Technologies, LLC and Eric Hines shall be dismissed with prejudice and without costs.

BEST ENTERPRISES, LLC

By: _/s/ Anthony J. Carballo_
One of Its Attorneys
Anthony J. Carballo, Esq
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Phone: 312/360-6000

APPLIED WATCH TECHNOLOGIES,
LLC and ERIC HINES

By: _/s/_
One of Their Attorneys
Kevin J. Joyce, Esq.
Riffner Barber LLC
1834 Walden Office Square
Suite 500
Schaumburg, Illinois 60173
Phone: 847/654-0706

Dated: May 7, 2008
1534170v1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| BEST ENTERPRISES, LLC, a Minnesota limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLIED WATCH TECHNOLOGIES, LLC., an Illinois limited liability company, and ERIC HINES, an individual,<br><br>　　　　　Defendants. | Case No. 07 C 6547<br><br>Judge Matthew F. Kennelly |

### ORDER FOR DISMISSAL

　　THIS CAUSE coming before the Court for hearing on the Stipulation of Plaintiff Best Enterprises, LLC and Defendants Applied Watch Technologies, LLC and Eric Hines , the Court being advised that all matters in dispute have been settled, compromised, and fully satisfied between Plaintiff Best Enterprises, LLC and Defendants Applied Watch Technologies, LLC and Eric Hines, and the Court being fully advised in the premises,

　　IT IS HEREBY ORDERED that this cause against Defendants Applied Watch Technologies, LLC and Eric Hines should be and is hereby dismissed with prejudice and without costs.

_____
JUDGE

_____
DATE

Prepared by:
Anthony J. Carballo
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312/360-6000
1534172v1